

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2014

No. 04-13-00201-CV

**BANK OF AMERICA, N.A**. as Trustee of Bettye Baker Brown Trust, u/w, f/b/o William David Deiss, Bettye Baker Brown Trust u/w, f/b/o Diane Elizabeth Mysliweic, Bettye Baker Brown Trust u/w/, f/b/o Paula Jane Roberts, Dorothy Baker Shaw 1966 Trust, Baker E.,
Appellants

v.

**PRIZE ENERGY RESOURCES, L.P.**, Prize Operating Company, Gruy Petroleum Management Company n/k/a Cimarex Energy Co. of Colorado, Magnum Hunter Resources, Inc., Cimarex Energy Co., Hunter Gas Gathering, Inc., Pat R. Rutherford Jr., Michael G. Rutherford, Rut,
Appellees

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M05-0002-CV-C
Honorable Michael E. Welborn, Judge Presiding

## O R D E R

This appeal was submitted by oral argument on February 25, 2014. On March 26, 2014, Appellees filed a post-submission brief, and on March 28, 2014, Appellees filed an opposed motion for leave to file the post-submission brief.

Appellees' motion for leave to file a post-submission brief is GRANTED; the brief is filed. *See* TEX. R. APP. P. 38.7; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.4 (requiring a party to obtain the court's permission to file a supplemental brief); *Standard Fruit & Vegetable Co. v. Johnson*, 985 S.W.2d 62, 65 (Tex. 1998) ("Generally, a party must seek leave of court to file an amended or supplemental brief, and the appellate court has some discretion in deciding whether to allow the filing.").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2014.

_____
Keith E. Hottle
Clerk of Court